**Emiliano SANTIAGO, Petitioner–Appellant,**

**v.**

**Donald H. RUMSFELD, Secretary of Defense; Les Brownlee, Secretary of the United States Department of the Army (Acting); Raymond Byrne, Acting Adjutant General of the Oregon National Guard; David Doran, Captain, Detachment One, Company D, 113 Aviation Unit Commander, Respondents–Appellees.**

No. 05–35005.

United States Court of Appeals, Ninth Circuit.

Argued, Submitted and Filed April 6, 2005.

Steven Goldberg, Esq., Goldberg, Mechanic, Stuart and Gibson, LLP, Portland, OR, for the appellant.

H. Thomas Byron, III, Department of Justice, Washington, DC, for the appellees.

Before WILLIAM C. CANBY, JR., RICHARD C. TALLMAN, and JOHNNIE B. RAWLINSON, Circuit Judges.

**ORDER**

**v.**

**Donald H. RUMSFELD, Secretary of Defense; Les Brownlee, Secretary of the United States Department of the Army (Acting); Raymond Byrne, Acting Adjutant General of the Oregon National Guard; David Doran, Captain, Detachment One, Company D, 113 Aviation Unit Commander, Respondents–Appellees.**

No. 05–35005.

United States Court of Appeals, Ninth Circuit.

April 7, 2005.

David S. Ettinger, Esq., Lisa R. Jaskol, Esq., Jon B. Eisenberg, Esq., Horvitz & Levy, Encino, CA, Steven Goldberg, Esq., Goldberg, Mechanic, Stuart & Gibson, Llp, Portland, OR, for Petitioner–Appellant.

Robert M. Loeb, Esq., H. Thomas Byron, III, Esq., Washington, DC, for Respondents–Appellees.

Michael S. Sorgen, Esq., Law Offices of Michael Sorgen, San Francisco, CA, for Amicus.

Before: THOMAS, Circuit Judge and En Banc Coordinator.

P.2d 782, 788 (Wash.1998).

## ORDER

The request for initial hearing en banc on the Appellant's motion for an injunction pending appeal was referred to the entire court. No judge requested a vote of the active non-recused judges on the initial hearing en banc request within the time established for requesting a vote.

Therefore, the request for initial hearing en banc on the motion for an injunction pending appeal is **DENIED.** The panel shall resume control of the case.